CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

Ashley Nicole Arnett
601 South Figueroa Street Suite 3300
Los Angeles, CA 90017
Telephone: (213) 270-9600
Facsimile:
E-mail: aarnett@seyfarth.com

Attorneys for Defendants
Alameda Hospitality LLC;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Alameda Hospitality LLC**; and Does 1-10,<br><br>    Defendants | Case No.: 4:21-cv-01472-DMR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 12/28/2022          CENTER FOR DISABILITY ACCESS

By: /s/ Isabel Rose Masanque
Isabel Rose Masanque
Attorneys for Plaintiff

Dated: 12/28/2022          SEYFARTH SHAW LLP

By: /s/ Ashley Nicole Arnett
Ashley Nicole Arnett

Attorney for Defendant
Alameda Hospitality LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ashley Nicole Arnett, counsel for Alameda Hospitality LLC, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 12/28/2022                             CENTER FOR DISABILITY ACCESS

                                              By: /s/ Isabel Rose Masanque
                                              Isabel Rose Masanque
                                              Attorneys for Plaintiff